## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DONGKUK S&C CO. LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> WIND TOWER TRADE COALITION, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Court No. 20-03686 <br><br> Before: Senior Judge Leo M. Gordon |

## NOTICE OF APPEAL

Notice is hereby given that Dongkuk S&C Co. Ltd., Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the United States Court of International Trade entered in this action, *Dongkuk S&C Co. v. United States*, Ct. No. 20-03686, Slip Op. 22-125 (Ct. Int'l Trade Nov. 17, 2022), ECF No. 71, and Judgment Order (Ct. Int'l Trade Nov. 17, 2022), ECF No. 72.

This Notice is submitted in accordance 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b). Because the 60-day deadline for appeal fell on a legal holiday, this Notice is timely submitted on the next business day in accordance with CIT Rule 6(a)(1)(C).

                                       Respectfully submitted,

                                       /s/ Jarrod M. Goldfeder
                                       Robert G. Gosselink
                                       Jarrod M. Goldfeder
                                       MacKensie R. Sugama

                                       TRADE PACIFIC PLLC
                                       700 Pennsylvania Ave, SE
                                       Suite 500
                                       Washington, DC  20003
                                       Tel: (202) 223-3760
                                       jgoldfeder@tradepacificlaw.com

January 17, 2023                         *Counsel to Dongkuk S&C Co. Ltd.*
                                       *Plaintiff*